UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CRYSTAL PERKS, as Special Administrator of the Estate of JASON WAYNE COX, SR., Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SHELBY, an Illinois Municipal Corporation, d/b/a SHELBY COUNTY JAIL, SHERIFF MICHAEL MILLER, TERRY B. HEIMAN, ADAM D. SMITH, CORRECTIONAL OFFICER RYAN MOORE (Star No. 408), CHERYL ANNE WOODS and VAL RHODES,<br><br>      Defendants. | Case No.: 09-cv-3154<br><br>Judge: Richard Mills<br><br>Magistrate Judge: Charles H. Evans |

## MOTION TO DISMISS COUNT I
## BY DEFENDANT, CHERYL ANNE WOODS

NOW COMES Defendant, CHERYL ANNE WOODS, by and through her attorneys, Hinshaw & Culbertson LLP, and moves to dismiss Count I pleaded against her pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure for the reason that Count I fails to state a claim upon which relief can be granted.

In support of her Motion, the Defendant submits a Memorandum of Law pursuant to local rule 7.1(B).

                                                                                                   Respectfully submitted,

                                                                                                   /s/ D. Bradley Blodgett
                                                                                                   D. Bradley Blodgett #0231134
                                                                                                   Hinshaw & Culbertson LLP
                                                                                                   400 South Ninth Street, Suite 200
                                                                                                   Springfield, IL 62701
                                                                                                   Telephone: 217-528-7375
                                                                                                   Facsimile: 217-528-0075
                                                                                                   E-mail:  bblodgett@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | | |
|---|---|---|
| **Eugene K. Hollander** | E-mail: | EHollander@ekhlaw.com |
| **Mark D. Hassakis** | E-mail: | mhass@hassakislaw.com |
| **Michael W. Condon** | E-mail: | mcondon@hcbattorneys.com |
| **Jason W. Rose** | E-mail: | jrose@hcbattorneys.com |
| **Zrinka Rukavina** | E-mail: | zrukavina@hcbattorneys.com |

and I hereby certify that on July 21, 2009, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

Respectfully submitted,

/s/ D. Bradley Blodgett
D. Bradley Blodgett #0231134
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
E-mail:  bblodgett@hinshawlaw.com

60187313v1 902271 31341